# UNITED STATES DISTRICT COURT
### for the
MIDDLE _____ District of __TENNESSEE__

_____ Division

Case No. _____

_(to be filled in by the Clerk's Office)_

REQUESTING CIVIL CASE FILED OPEN

Jury Trial: _(check one)_ ☑Yes ☐No

PATRICIA MARIE THOMPSON

PRO SE"        _Plaintiff(s)_  SELF REP.
_(Write the full name of each plaintiff who is filing this complaint_
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space above and attach an additional_
_page with the full list of names.)_ ETHAN CUNNINGHAM

JUSTIN MOTE  -v- SHANE BALLEW
STATE OF TENNESSEE, TENNESSEE
HIGHWAY PATROL, TENNESSEE OFFICE OF
PROFESSIONAL RESPONSIBILITY, TENNESSEE
DEPT. OF SAFETY and HOMELAND SECURITY
ETHAN CUNNINGHAM, > SEE ATTACHED
INDIVIDUAL CAPACITY _Defendant(s)_ TENN DEPT OF
Trans portation
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

standards

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**  AS "pro se" and the plantiff Respectfully,
A.    **The Plaintiff(s)**  I am requesting Reasonable Accomodations Due to
Disabilities > Please see attacthed page for explanation
and request

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

**NOTE:**
✱PREFERED
MAILING ADDRESS
P.O. BOX 53061
KNOXVILLE TENN
37950

PLEASE Mail all
correspondence
TO the P.O. BOX
Above Please
FOR CONTACT
Secured Deliveries

| | |
|---|---|
| Name | PATRICIA MARIE THOMPSON |
| Street Address | 2625 Jefferson AVE  NOTE: Physical address is Not A mailing Address for Contact |
| City and County | Knoxville, Tennessee 37914 / Knox County |
| State and Zip Code | Tennessee 37914 |
| Telephone Number | NA- Reasonable Accomodations REQUESTED/P.O. BOX |
| 865-546-6904 MBS | NA- Reasonable Accomodations Requested/P.O. BOX |
| E-mail Address | |

**NOTE:** THE Above Physical Address is not secure for
Contact. I have a personal USPS mail Box for use-
Phone calls, Texting, and Emailing is not a
Normal practice for me do to Disabilities and acces
to quick Computer use

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed. I am not a texter, nor
do I search email often.
DETAILED EXPlanation attached

Defendant No. 1

Name OFFICER ETHAN CUNNINGHAM

Job or Title (if known) THP Patrol

Street Address 1148 Foster Ave

City and County Nashville, Davidson

State and Zip Code Tnn 87243

Telephone Number 615-741 2848

E-mail Address (if known)

Defendant No. 2

Name OFFICER SGT. JUSTIN MOTE

Job or Title (if known) THP Patrol - Sargent

Street Address 1148 FOSTER AVE

City and County Nashville Davidson

State and Zip Code Tenn 37243

Telephone Number 615 251 -5528

E-mail Address (if known)

Defendant No. 3

Name OFFER SHANE BALLEW

Job or Title (if known) THP Patrol

Street Address 1148 Foster AVE

City and County Nashville Davidson

State and Zip Code Tenn 37243

Telephone Number 615 251 -5528

E-mail Address (if known)

TENN Department of Transportation, ~~STATE OF TENNESSEE~~ et al et, al

Gov. Agency

Defendant No. 4

Name ~~STA Governor Bill LEE~~ Will Reid.

Job or Title (if known) Commissioner Davidson

Street Address James K. Polk Building Suite 700 505 Deaderick Street

City and County Nashville, Davidson

State and Zip Code Tennessee 37243-0349

Telephone Number (615) 741 -2848

E-mail Address (if known)

Attatched Duplicate copy of Pro se 1

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

Gov. Agency

**Defendant No. 1 5** &gt; STATE OF TENNESSEE et. al

Name — Govarner BILL LEE TENN STATE CAP.

Job or Title *(if known)*

Street Address — 600 DRIVE MLK MARTIN LUTHER King JR.

City and County — Nashville, TENNESSEE 37243  Blvd

State and Zip Code — Nashville, TENNESSEE 37243 1st Floor

Telephone Number — 615 - 741 - 2001

E-mail Address *(if known)*

Gov. Agency

**Defendant No. 2 6** &gt; STATE OF TENNESSEE et. al

Name — JohNATHAN SKRMETTI

Job or Title *(if known)* — TENNESSEE ATTORNEY General & reporter

Street Address — 500 DRIVE MARTIN CUTHER KING JR. Blvd

City and County — Nashville / DAVISON county

State and Zip Code — TENNESSEE 37943

Telephone Number — 615 - 741 - 3491    P.O. Box 20207 Nash 37202

E-mail Address *(if known)*

Gov Agency

**Defendant No. 3 7** &gt; TENN DEPT OF SAFETY AND HOMELAND SECURITY
TENN HIGHWAY PATROL OFFICE OF et. al
JEFF LONG et al Profession Responsibility

Name — Commissioner      Accountability

Job or Title *(if known)*

Street Address — 1148 FOSTER AVENUE

City and County — NASHVILLE / County - Davidson

State and Zip Code — TENNESSEE 37243

Telephone Number — 866 - 903 - 7357     615-251-5116

E-mail Address *(if known)* — 615 - 251 - 5228     et al.

Govern Agency

**Defendant No. 4 8** &gt; TENN HWY Patrol    OFFICE OF Professio
DISTRICT #3 et. al    Responsibility
Captain CHRIS DYE    STANDARDS of
Accountability Et al
Cap, Jacob STreley

Name

Job or Title *(if known)*

Street Address — 1603 Murfeesboro Rd. / 313 ROSA L. Park Ave
35th Floor

City and County — NASHVILLE - Davidson / NASHVILLE - DAVIDSON

State and Zip Code — TENN 37217 / TENN 37243

Telephone Number — 615 - 741 - 3181 / 615 - 251 - 5228

E-mail Address *(if known)*

Gov Agency

**Defendant No. 10** &gt; TENN HIGHWAY Patrol / Captain Billy Price et al
DISTRICT #6
1291 South walnut Ave    Putnum County
Cookville TN 38501  931 - 528 - 8496

Case 3:26-cv-00726   Document 1   Filed 05/29/26   Page 3 of 23 PageID #: 3

Page 2 of 5

Defendant No. 1

*Gov Agency*

Name: City OF Cookville et al James Null/or whom concern city

Job or Title *(if known)*: Manager of City of Cookville Mayor

Street Address: 45 EAST Broad Street

City and County: Cookville / Putnum

State and Zip Code: TENNESSEE / 38801

Telephone Number: 931- 520- 5241

E-mail Address *(if known)*:

Defendant No. 2

*Gov Agency*

Name: TENNESSEE DEPARTMENT OF SAFETY HIGHWAY et al

Job or Title *(if known)*: Director Buddy Lewis

Street Address: 312 ROSA L. Parks Avenue William snodgrass Tower 25th Floor

City and County: Nashville / Davidson

State and Zip Code: TENNESSEE 37243

Telephone Number: 615-253-5523 /741- 615 2389

E-mail Address *(if known)*: clyde. lewis @ tn .gov

Defendant No. 3

*Gov Agency*

Name: et al TENNESSEE HIGHWAY PATROL Matt Perry Administration or Exec Mayor Andrew Gooky

Job or Title *(if known)*: Commissioner

Street Address: 1150 FOSTER AVE

City and County: Nashville Tenn Davidson

State and Zip Code: TENNESSEE 37243

Telephone Number: 615 251 5175

E-mail Address *(if known)*:

Defendant No. 4

*Gov Agency*

Name: STATE OF TENNESSEE et. al Secretary of State - TRE HARGETT

Job or Title *(if known)*: Chief EXECUTIVE OFFICER

Street Address: 312 ROSA L. Parks Ave. 6th Floor William R. snodgrass Tennessee Tower

City and County: Nashville / DAVIDSON

State and Zip Code: TENNESSEE 37243 -1102

Telephone Number: 615 - 741-2286

E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *28 USC·§1331 united STATES ConstiTuTion or FED LAWS/? • FED TORT ACT 1946 • Pursuant to 28 USC·§1391 venue JS PROPER • MINICIPAL LIABILITY Gov • 42 U.S.C.§1983 civil Rights ACT DePRIVATION OF RIGTS • MINICIPAL LIABILITY UNDER Morell Law • CIVIL RIGHTS ACT OF 1964 RACE, COLOR • 28 USC·§1343 VIOLATION OF CIVIL RIGHTS – Failure Failure to PREVENT, CONSPIRACIES, Deprivat 1343 ation USC·SECTION 242 Deprivat → under color of Law • FALSE Imprisonment TCA 39-13 302 • Section 362 (IR) → PLEASE SEE ADDITIONAL LIST OF Continual Specific FEDERAL Statutes Pages BUT NOT LIMITED TO attached to the back of Complaint For a civil case" ProSe INCLUDING THEELISTED*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* *Patricia Marie Thompson*, is a citizen of the State of *(name)* *Tenness*.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* *ETHAN Cunningham Justin Ende Shane Ballaus*, is a citizen of the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

ATTACHED  PATRICIA MARK THOMPSONS'  RULE 51H1.

LIST OF FEDERAL-CIVIL, USC, TORT, DOJ, ACTS, TCA, MINICIPAL,
BILL OF RICHTS, AMENDMENT, STATUTORY, ADA, CLAIMS, AMINISTRATIVE,
CODE, CONGRESSIONAL, EXECUTIVE, STATE CONSTITUTION, TITLES, STANDARDS
OFFICIALS, CRIMINAL, TENN DEPART OF SAFETY & HOMELAND SECURITY
OFFICE OF PROFESSIONAL ACCOUNTABILITY DIRECTIVE, TENN HWY PATROL
TENNESSEE DEPARTMEN OF TRANSPORTATION POLICIES, JUDICAL, TENN STATE
MINICIPAL-ORDINACES-PROVISONS-STANDARD-POLIES-RULES-REGULATI
UNIVERSAL, POLICE PRECENT, FTCA, METROPOLITAN GOV. ORDINACE, POST,
ADMINISTRATIVE OFFICIAL, STATE, COMMON LAW, OR OTHER GOVERN-CIVIL RUN
INTITIES, BODY OF LOCAL LAW STATUTES PROVIDED ON THIS DOCUMEN BUT ALSO
NOT LIMITED TO

| | | |
|---|---|---|
| **CRIMINAL** | 1983 | **CLAIMS OF PLANTIF** |
| **TORTS** | 28 U.S.C 1343 CIVIL RIGHT UNDER COLOR OF LAW - Conspiracy Interfer with Civil Rig | |
| | 42 U.S.C. §1983 CIVIL RIGHTS ACT - (DEPRAVATION OF RIGHTS/PETITION) | |
| | 42 U.S.C.§ 1983 MINICIPAL LIABILITY UNER morell LAW (INJURY) DUE TO POLIC | |
| INVASION OF PRIVACY | USC. §§ 551-559 ADMINISTATIVE PROCEDURE ACT (Judical Review-RULE- | |
| | 60 STAT 237 (PUBLIC LAW -79-404) ADMINISTRATIVE PROCEDURE ACT 1946 | |
| | 5 U.S. CODE § 702 ADMINISTRATIVE PROCEDURE ACT (RIGHT TO SUE - Judical Rev. | |
| **AMENDMENTS CONSTITUTION** | 4th AMENDMENTS (UREASONABLE SEIZURES AND SERCHES) / 5th AMEND -(DUE PR | |
| | 8th AMENDMENTS (CRUEL and UNUSUAL PUNISHMENT) 14th Ammendment | |
| | → EQUAL PROTECTION UNDER LAW) | Deprivation of Liberty Due pro equal |
| | 950 CONSTITUTIONAIITY OF STATE STATUTES | |
| FED, QUESTION → | 28 USC § 1331 EINITED STATES CONSTITUTION OF FEDERAL LAW & QUESTION | |

| | |
|---|---|
| **MY CLAIMS - STATEMENT OF** | 18 U.S.C § 242 - COLOR OF LAW - DEPRAVATION OF CONSTITUTIONAL RIGTS |
| | 31 U.S.C. §§ 3729-3733 (FEDERAL FALSE CLAIMS ACT) |
| | • 18 U.S.C. §1503 (Judical Proceedings) • 18 U.S.C §1512 (TAMPERING WITH INF |
| | • 18 U.S.C §1513 (RETALIATION |
| | |
| **TITLE** → | TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 (DISCRIMINATION -RACE -COLOR |
| | TITLE 18 U.S.C § 245 (INTERFERANCE WITH INDIVIDSUAL'S CIVIL RIGHTS |
| | TITLE VI, CIVIL RIGHTS ACT OF 1964 (RACE -COLOR |
| | TITLE 18 U.S.C SECTION 241 (CONSPIRACY AGAINST RIGHTS) |
| | 899 ADMINISTRATIVE PROCEDURE ACT (REVIEW) |
| | TITLE 18 U.S.C. Sect 245 FEDERAL PROTECTED ACTIVITES |
| | 18 U.S.C. chapter CHAPTER • 18 USC §§ 1519 (FALSIFICATION OF REB |
| | |
| | TENN CODE ANN §§ 28-3-104 LIBEL (DEFRAMATION |
| | TENN CODE ANN § 39-16-503 (TAMPERING WITH EVIDENCE) |
| | |
| **DEPT OF JUSTIC** → | 34 U.S.C. § 12601 PATTERN OF PRACTICE (UNLOWFUL CONDUCT - Police MIS |
| | TITLE 42, U.S.C SECTION 14141 PATTERN AND PRACTICE (Crime Control Act 19 |
| | 25 CFR § 11.404 CRIMINAL FALSE IMPRISIONMENT |
| | TCA §39-13-302 FALSE IMPRISIONMENT ( |

| OTHER STATS | OTHER FRAUD/TORTS 370 | CIVIL RIGTS 440 | PERSON INJURY/ 360 | EXTENT PER M BY co |

PATRICIA M. THOMPSON    <u>CONTINUANCE</u> OF    <u>FULL STATUTES</u>

---

TN CODE 55-8-132 (OPERATION OF VEHICLES AND STREET CARS ON APPROACH OF
EMERGY VEHICLE AND WHEN APPROACHING CERTAIN STATIONARY
TN CODE 55-12-114 -(RELEASE COMPLIANCE BY TENNSEE RESIDENT MOVING TO another)
TN CODE 38-3-107 ( NEGLECT OF DUTY BY OFFICER)
TCA TITLE 4 chapter 7, PART 1: TITLE 6, chapter 54 and TITLE 8, PART 2
TN HOUSE BILL (HB) /TITLE 2517 (PROFILE                    (PROFILING)
TN CODE 38-10-105 ( Failure OF OFFICIAL TO MAKE A REPORT or comply with
PROVISIONS
• TENN CODE ANN 4-7-102$^{(b)}$ (OATH) • TCA 55-11-110 FALSE REPORT
42 U.S.C. 1983 First Amendment Bearing on probable cause particularity –
COLOR OF LAW
• 4th Amendment – PERSON    • RACIAL PROFILING 38-1-501
• 14th AMENDMENT – (EQUAL protection and Race 38-8-101 – 39-8-312 –
• Investigation OF OFFICES – 38-8-506 Suspension OF OFFICERS • 0120
• NEGLECT OF DUTY BY OFFICER TITLE 38-3-107 • TITLE 38    38-8-303 Disclosure
By Officer
• TITLE 39 Chapter 16 Part 4 sect 39 (39-16-402 OFFICIAL MISSCONDUCT)
•

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*One Hundred Million Dollars*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*please see Attach*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*please see Attach*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 29, 2026_

Signature of Plaintiff _Patricia Marie Thompson, pro se_

Printed Name of Plaintiff _Patricia Marie Thompson_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

# UNITED STATES DISTRICT COURT

for the

**MIDDLE** District of **TENNESSE**

Division

PATRICIA MARIE THOMPSON PRO SE

)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names)*

et al. STATE OF TENNESSEV TENNESSEE HWY Patrol
et al. TENNESSEE DEPARTMENT OF SAFETY & Homeland
et al. TENN OFFICE OF Professional Stand. Security
et al. TENN DEPARTMENT OF Transportation
ETHAN CONNINGHAM • JUSTIN MOTE
• SHANE Ballew         Please See attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here)*

)
)

Case No _____

(to be filled in by the Clerk's Office)

Jury Trial *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of an individual's birth; a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint   Attach additional pages if needed.

Name _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both   Attach additional pages if needed.

Defendant No. 1

Name ETHAN CONNINGHAM

Job or Title *(if known)* _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No  2

Name JUSTIN MOTE

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No 3

Name ___Shane Ballew___

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity  ☐ Official capacity

Defendant No 4

Name ___TENNESSEE HIGHWAY PATROL___

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity  ☐ Official capacity

*Please see attached list for other Defendants*

## II.    Basis for Jurisdiction

Under 42 U S C  § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws] "  Under *Bivens v  Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S  388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A    Are you bringing suit against *(check all that apply)* _Both with extended/other attached statues → please see_

☑ Federal officials (a *Bivens* claim) _TCA 29/20/310 (C) Tenn Goverment Tort_

_FEDERAL Tort claims act 28 U.SC.§ 2671 (Liability Act_

☑ State or local officials (a § 1983 claim) _TCA 29-20-205 — 2680_

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws] " 42 U S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_TCA 29/20/310 (C) ——→ Please see attach_
_28.USC.§ 2671-2680 Federal tort statutes_
_TCA 29-20/205_
_? unless_

C    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_TCA 29/20/ 310-C) ——→ Please see attach other statues_
_28 USC § 2671-2680 Fed Tort_
_TCA 29/20/205 claims act_

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  
Address

| City | State | Zip Code |

County  
Telephone Number  
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  
*See list Ref.* Job or Title *(if known)*  
Address

| City | State | Zip Code |

County  
Telephone Number  
E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name  
Job or Title *(if known)*  
Address

| City | State | Zip Code |

County  
Telephone Number  
E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Please see Attached*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia " 42 U S C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law  Attach additional pages if needed  *See attached addition pages OF for statutes, ordinances, other statues defendents actions under color oF State or local law*

*Please see> preliminary, > Facts and > counts/claims for detail statement Complaint  what I have to list will not fit in this space*

III. **Statement of Claim**  *please see attached for statemen oF Facts > claims> other> complaint*

State as briefly as possible the facts of your case  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph  Attach additional pages if needed

A  Where did the events giving rise to your claim(s) occur?  *please see attached*

B  What date and approximate time did the events giving rise to your claim(s) occur?

*May 30, 2025*

C  What are the facts underlying your claim(s)? *(For example  What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*  *please see attached*

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Please see attached*

## V.    Relief

State briefly what you want the court to do for you  Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*Please see attached*

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint  (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served   I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of signing        _May 29, 2026_                        _Pro se_

Signature of Plaintiff     _Patricia Marie Thompson_
Printed Name of Plaintiff   _Patricia Marie Thompson_

### B.    For Attorneys

Date of signing        _____

Signature of Attorney      _____
Printed Name of Attorney    _____
Bar Number           _____
Name of Law Firm        _____
Address             _____

                        | City | State | Zip Code |

Telephone Number        _____
E-mail Address         _____

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Patricia Marie Thompson

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )*

-v-

Ethan Cunningham.
Justin Mote
Shane Ballew please see attached

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )*

Case No _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patricia Thompson |
| Street Address | P.O. Box 53061 |
| City and County | Knoxville - Knox |
| State and Zip Code | Tenn 37950 |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed

*List enclosed in Complair—*

Defendant No. 1

    Name                             _____

    Job or Title *(if known)*      _____

    Street Address            _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number        _____

    E-mail Address *(if known)*   _____

Defendant No. 2

    Name                             _____

    Job or Title *(if known)*      _____

    Street Address             _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number        _____

    E-mail Address *(if known)*   _____

Defendant No. 3

    Name                             _____

    Job or Title *(if known)*      _____

    Street Address             _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number        _____

    E-mail Address *(if known)*   _____

Defendant No. 4

    Name                             _____

    Job or Title *(if known)*      _____

    Street Address             _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number        _____

    E-mail Address *(if known)*   _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1     If the plaintiff is an individual

The plaintiff, *(name)*     Patricia M Thompson, is a citizen of the State of *(name)*     Tennesse .

2.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*     See Defendant list enclosed , is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

2.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*·

*One Hundred million Dollars*

## III. Statement of Claim          *Statement of Claim attached*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) *May 30, 2025*, at (place) *Cumberland County*,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

*please see attached*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

## IV. Relief          *See attatched*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _May 29, 2026_    pro se

Signature of Plaintiff    _Patricia Thompson_

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# CIVIL COVER SHEET

JS 44 (Rev 03/24)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS

**PATRICIA MARIE THOMPSON** *(handwritten)*

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff **KNOX** *(handwritten)*
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U S PLAINTIFF CASES ONLY)*
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* **Pro se Litagent** *(handwritten)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U S Government Plaintiff
- [X] 3 Federal Question *(U S Government Not a Party)*
- [ ] 2 U S Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for  Nature of Suit Code Descriptions.

**TORTS X Other Torts** *(handwritten)*

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**X other Torts** *(handwritten)*

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer w/Disabilities - Employment
- [X] 446 Amer w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U S Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [X] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [X] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [X] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [X] 950 Constitutionality of State Statutes

*(handwritten:)*
X 360 Other Personal Injuries
X 320 Libel & slander
X 440 or 550 Police Force

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)* **42 U.S.C. section 1983 civil Rights violations Deprivation of Rights** *(handwritten)*

**Included But not limit to:** *(handwritten)* Brief description of cause: **Misconduct/abuse of power Due process/equal protection** *(handwritten)* **Please see attachment of a host of continuance list of** *(handwritten)*

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **One Hundred Million Dollars** *(handwritten)*

CHECK YES only if demanded in complaint
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD **Pro Se** *(handwritten)*

### FOR OFFICE USE ONLY

RECEIPT #  _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____